## LORENTZ & RITTLER *vs.* CONNER.

Under the act of 1880, amending the act of 1877, it is unlawful to sell fertilizers without having branded upon the sacks containing the same, or attached thereto, a guaranteed analysis stating the percentage of the following ingredients contained in such fertilizer, viz.: Moisture at 212° F., available phosphoric acid, insoluble phosphoric acid, ammonia, actual and potential, potash K. O. In a suit on a promissory note given for fertilizers, the defence being that there was no such analysis, the burden was on the defendant to prove such fact. In this case the absence of the analysis was proved, and a verdict for the defendant was right.

December 19, 1882.

SPEER, Justice.

---

## COOPER *et al. vs.* THE STATE OF GEORGIA.

1. If two conspire to open a window and enter a store with intent to commit a larceny, and one opens it in part and leaves it thus, standing a short distance off, while the other hoists the sash high enough to enter, and does enter, except his lower limbs, and is then seized, both are guilty of burglary.

2. The verdict is supported by the evidence.

October 17, 1882.

JACKSON, Chief Justice.